# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   24-cr-10121-ADB |
| Loughman et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Snow  .

Date:   10/14/2024

James P. Dowden
*Attorney's signature*

James P. Dowden 647539
*Printed name and bar number*

Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199-3600
*Address*

James.Dowden@ropesgray.com
*E-mail address*

(617) 951-7970
*Telephone number*

(617) 235-0920
*FAX number*