AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No.   24-cr-10121-ADB |
| Loughman et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Snow                                                          .

Date:      10/31/2024

Kevin J. Travaline
*Attorney's signature*

Kevin J. Travaline 711705
*Printed name and bar number*

Prudential Tower, 800 Boylston St.
Boston, MA 02199-3600
*Address*

kevin.travaline@ropesgray.com
*E-mail address*

(617) 235-4679
*Telephone number*

(617) 235-7304
*FAX number*