UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>JAMES SNOW<br><br>               Defendant. | Criminal 24-cr-10121-ADB |

**ASSENTED-TO MOTION FOR A RULE 11 HEARING AND TO ADJOURN
PRE-TRIAL CONFERENCE**

    Defendant, James Snow, with the assent of the United States, hereby moves the Court to adjourn the pre-trial conference currently scheduled for November 3, 2025 and for a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure. As grounds for this Motion, the parties have reached agreement on a plea agreement pursuant to which the Defendant is prepared to change his plea to guilty, thus obviating the need for a pre-trial conference. Defense counsel, however, needs additional time to meet with her client at Wyatt Detention Center to review and sign the agreement and review the procedures for the Rule 11 hearing.

    Wherefore, the Defendant requests that the Rule 11 hearing be scheduled to be held on or after November 10, 2025 to allow Defendant to meet with counsel and prepare for the hearing.

-2-

Dated: October 30, 2025                              Respectfully submitted,

                                                     */s/* Sarah E. Walters
                                                     Sarah E. Walters # 638378
                                                     James P. Dowden # 647539
                                                     Kevin J. Travaline # 711705
                                                     Ropes & Gray LLP
                                                     800 Boylston Street
                                                     Boston, MA 02199-3600
                                                     Tel: (617) 951-7000
                                                     Fax: (617) 951-7050

                                                     *Counsel for Defendant James Snow*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I filed the foregoing Assented-To Motion for a Rule 11 Hearing and to Adjourn Pre-Trial Conference with the United States District Court for the District of Massachusetts using the CM/ECF system and caused it to be served on all registered participants via the notice of electronic filing.

/s/ Sarah E. Walters
Ropes & Gray LLP