THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES SNOW,<br><br>        Defendant | Case No. 1:24-cr-10121-02 |

**DEFENDANT JAMES SNOW'S ASSENTED-TO MOTION FOR LEAVE TO FILE PORTIONS OF SENTENCING MEMORANDUM AND ENTIRETY OF AFFIDAVIT UNDER SEAL**

Mr. James Snow, through undersigned counsel, with the assent of counsel for the United States of America, respectfully requests that the Court permit him to file his sentencing memorandum partially under seal and the Affidavit of Sarah E. Walters (the "Affidavit") entirely under seal. As grounds for this motion, and as set forth in the Affidavit, Mr. Snow submits that his sentencing memorandum will discuss and cite confidential information, including protected health information, that is not subject to public disclosure on the public dockets. The Affidavit similarly discusses such confidential information in support of this Motion. The Defendant respectfully requests that he be permitted to file the Affidavit under seal and to redact the publicly filed sentencing memorandum while filing the unredacted version under seal.

The Government assents to this Motion.

WHEREFORE, Mr. Snow requests that the Court ALLOW this Motion and permit him to file the Affidavit under seal and his sentencing memorandum partially under seal.

-1-

-2-

DATED: February 25, 2026

Respectfully submitted,

JAMES SNOW

*By his attorneys*,

*/s/ Sarah E. Walters*
Sarah E. Walters (BBO #638738)
James P. Dowden (BBO #647539)
Kevin J. Travaline (BBO #711705)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
T: 617-235-4549
T: 617-951-7970
T: 617-951-7226
E: sarah.walters@ropesgray.com
E: james.dowden@ropesgray.com
E: kevin.travaline@ropesgray.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 25, 2026, I authorized a true and correct copy of the foregoing document to be sent via e-mail to John T. Dawley Jr, counsel for the Government.

*/s/ Sarah E. Walters*
Sarah E. Walters