# EXHIBIT A

Your Honor,

I stand before you fully aware of the seriousness of my actions, and I want to express my sincere remorse.

I take complete responsibility for the choices I made, and I understand the consequences of my behavior. Because of these choices, I have lost almost everything- my relationship, my family's trust, and the stability I spent years building. I feel that loss every day.

I am asking for the opportunity to serve a sentence that allows me to rebuild my life. I want to address the issues that led me here- my substance use, my ██████████████████ and the unresolved grief I have carried for years. I am committed to facing these challenges head-on and making lasting changes.

I want to be the father my son deserves, the son my parents would be proud of, and a responsible member of society.

I know that I cannot undo the past, but I want the chance to show, through my actions, that I can live differently, make better choices, and contribute positively to my family and community.

I respectfully ask the Court to consider a sentence at the lower end of the range so that I can access the support, structure, and treatment I need to turn my life around. I am determined to take this opportunity seriously, rebuild what I've lost, and become the person I know I am capable of being.

Thank you, Your Honor, for considering my request.


James Snow