# EXHIBIT B

February 9, 2026

Dear Judge Talwani,

My name is Lauren Botchie. I am writing to respectfully offer this letter in support of James Snow, known to me and to many others as Jimmy, in advance of his upcoming sentencing hearing.

Jimmy and I were in a long-term relationship for nearly a decade. We lived together, raised a child together, and were engaged to be married shortly after the birth of our son. I have known Jimmy since 2015 and, during that time, I came to know him more intimately than anyone else in his life. I have seen him in his best moments, his worst moments, and throughout the many struggles that have shaped him as a person. I am writing to the Court with a full understanding of the seriousness of the situation he now faces, and with respect for the process before you.

Jimmy's life has been deeply marked by loss and trauma. He lost his only sibling at a young age and later lost both of his parents within a short span of time- his father in 2014 and his mother in 2016, not long after the birth of our son. These were not small losses. They were devastating events that left him without his immediate family and without the emotional support system that most people rely on during adulthood and parenthood. I witnessed firsthand how profoundly these losses affected him.

Jimmy struggled to process his grief in a healthy way. Instead of receiving consistent emotional or ███████████████████ he internalized much of his pain. Over time, this unresolved grief and emotional distress contributed to changes in his behavior, including anger, impulsiveness, and increasing struggles with substance use and ███████████ I believe these hardships played a significant role in the path that ultimately led him before this Court.

That being said, the conduct for which Jimmy is now being sentenced is not representative of the person I came to know for so many years. I understand the seriousness of the offenses, and I do not seek to excuse his behavior. However, I truly believe that his actions were rooted in emotional pain, instability, and poor coping mechanisms, rather than in a lack of character, compassion, or values.

For most of the time I knew Jimmy, he was known by his family, friends, and coworkers as a genuinely good person. He was consistently described as a "good kid" and a dependable, caring friend. He was the person people called when they needed help, whether that meant financial assistance, a place to stay, meals, mechanical help, or physical labor. He never hesitated to show up for others, even when he was struggling himself.

Jimmy also worked for many years in the air freight industry, where he was regarded as a reliable and hardworking employee. Throughout our relationship, he was a steady provider for our family and took pride in being able to support our household. He valued responsibility and took his role as a partner and father seriously during the years when he was emotionally and mentally stable.

One of my most meaningful memories of Jimmy is seeing the moments when he was able to be present and emotionally available during the early years of our son's life, particularly during periods when his ███████████ was more stable and before his life began to seriously unravel. During those times, he was affectionate and protective, and I could see a genuine desire in him to be a better father and to build a more stable family than the one he ultimately felt he had lost. Those moments remain important to me because they reflect who Jimmy is capable of being when he is receiving support and is emotionally healthy.

Although our relationship ended in 2022, and although I experienced significant pain because of the choices he made during his period of decline, I have never stopped believing that Jimmy is more than the worst decisions of his life. I have always believed that the person he became during his most difficult years was not the person he truly is at his core.

I believe Jimmy understands the seriousness of what he has done and the consequences of his actions. More importantly, I believe he genuinely wants to improve his life. He has spoken openly about wanting to address his substance use, his ████████████ and the unresolved grief that has followed him for years. I believe he wants to break the cycle that has kept him stuck in self-destructive behavior and to rebuild a life that reflects the values he once lived by.

Jimmy still has a meaningful support system. He has family members and friends who care about him deeply. I am also willing to offer my support to Jimmy upon his release, particularly in encouraging him to remain focused on treatment, stability, and accountability. I believe that continued structure, emotional support, and access to appropriate services will be essential to his long-term success.

In my opinion, Jimmy is a person who is capable of rehabilitation and of becoming a positive, contributing member of society again. He is not beyond help, and he is not defined solely by the mistakes that brought him here. I sincerely believe that a sentence which allows for meaningful treatment, rehabilitation, and the opportunity to rebuild his life will serve both Jimmy and the community far better than a sentence focused only on punishment.

Accordingly, I respectfully ask the Court to consider imposing a sentence at the lower end of the applicable sentencing range, in light of Jimmy's personal history, extraordinary losses, demonstrated capacity for rehabilitation, and the strong support system available to him upon release. I truly believe that with the right support and structure, Jimmy can become the father his child deserves and the person his family and loved ones know he is capable of being.

Thank you very much for your time and consideration.

Sincerely,

Lauren Botchie

Lauren Botchie