# EXHIBIT C

February 24, 2026

Dear JudgeTalwani

My name is William Snow. I'm writing this letter of support for my nephew James D. Snow.

I'm James's uncle and Godfather. I've known James since he was born. As a young boy James was always a good child. As he grew into a young man he was always there to help his Parents out. His Father was sick a lot of his teenage years and as a young adult, so he was forced to grow up faster than he may have wanted to. His Mother also was sick during some of that time with cancer. At the time she battled it and was in remission for many years. During his teenage years he lost his older brother Franky to a drug overdose. Then eventually he lost his Dad to a heart attack, and 2 years after that he lost his Mother to cancer. So at this time he's lost all of his immediate family members. I can only image the pain he was going through. I believe that's when James's life stated turning in a direction he wasn't prepared for. I don't believe he's ever truly grieved the loss of his entire immediate family. I believe James doesn't want to use any of that as an excuse, but I feel he was truly hurting and lost. I believe he tried self medicating to ease some of the pain and anger he was feeling.

Since his arrest and his time in the detention center James and I have had many conversations about the future. He's had plenty of time to reflect on what he's done and what he's going to do going forward. These conversations have gone from being angry and upset to having goals and a better outlook for his future. James has a young son and he's spoken in length about being the father he knows he is meant to be. James talks about the road ahead with optimism even though he's facing a long road ahead. He's taken responsibility for what he's done.

I believe James if given the help he needs will be a productive member of society again. We as family members are willing to help him in anyway possible when he is released. We'll all going to support him now and in the future upon his release. It breaks all of our hearts to see him going through this trial and tribulation, but we all know he has it in him to be that good young man he was and still is inside.

Thank you for allowing me to speak on behalf of James.

/s/ William A. Snow
William A. Snow